# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
# CRIMINAL DOCKET FOR CASE #: 8:21-cr-00211-JVS-1

Case title: USA v. Thomas

Date Filed: 12/01/2021

Magistrate judge case number: 8:21-mj-00440-DUTY

Date Terminated: 02/27/2023

---

Assigned to: Judge James V. Selna

**Defendant (1)**

**Charles Anthony Thomas, III**
REG 93851-509
*TERMINATED: 02/27/2023*

represented by **Andrea L. Jacobs**
Federal Public Defender
Southern Division
411 West Fourth Street Suite 7110
Santa Ana, CA 92701-4598
714-338-4500
Fax: 714-338-4520
Email: andrea_jacobs@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Jessaka Menzie**
Federal Public Defenders Office
Riverside Division
3801 University Avenue, Suite 700
Riverside, CA 92501
951-276-6346
Fax: 951-276-6368
Email: jmenzie@rivco.org
*TERMINATED: 11/10/2025*
*Designation: Public Defender or Community Defender Appointment*

**Jonathan K. Ogata**
Federal Public Defenders Offices
321 East 2nd Street
Los Angeles, CA 90012
213-894-2854
Fax: 213-894-0081
Email: cac_appointments@fd.org
*TERMINATED: 05/09/2022*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1344(2),2(a),2(b): Bank Fraud (1) | Defendant, Charles Anthony Thomas III, is hereby committed on Count 1 of the 11-Count Indictment to the custody of the Bureau of Prisons for a term of 21 months. Supervised release for Three (3) years, pay special assessment of $100, all Fines waived, Restitution in the total amount of $4,318.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1344(2),2(a),2(b): Bank Fraud (2-7) | On the Government's motion, the remaining counts are ordered DISMISSED. |
| 18:1708: Possession of Stolen Mail (8) | On the Government's motion, the remaining counts are ordered DISMISSED. |
| 18:1028A(a)(1): Aggravated Identity Theft (9-11) | On the Government's motion, the remaining counts are ordered DISMISSED. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| Defendant in violation of 18:1028(a)(7) | |

---

**Plaintiff**

**USA** represented by **Charles E Pell**
AUSA - Office of US Attorney
Santa Ana Branch Office
411 West Fourth Street Suite 8000
Santa Ana, CA 92701
714-338-3542
Fax: 714-338-3561
Email: charles.e.pell2@usdoj.gov
*TERMINATED: 10/21/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Melissa Rabbani**
AUSA- Office of US Attorney
Santa Ana Division
411 West 4th Street Suite 8000
Santa Ana, CA 92701
714-338-3500

Fax: 714-338-3561
Email: melissa.rabbani@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2021 | 1 | COMPLAINT filed as to Defendant Charles Anthony Thomas, III in violation of 18:1028(a)(7): Unlawful possession and use of means of identification. Approved by Magistrate Judge Douglas F. McCormick as to Charles Anthony Thomas, III (1). (mat) [8:21-mj-00440-DUTY] (Entered: 06/24/2021) |
| 12/01/2021 | 3 | INDICTMENT Filed as to Charles Anthony Thomas, III (1) count(s) 1-7, 8, 9-11. Offense occurred in LA. (mhe) (Entered: 12/02/2021) |
| 12/01/2021 | 4 | CASE SUMMARY filed by AUSA Charles E Pell as to Defendant Charles Anthony Thomas, III; defendants Year of Birth: 1990 (mhe) (Entered: 12/02/2021) |
| 03/31/2022 | 6 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Charles Anthony Thomas, III; defendants Year of Birth: 1990; date of arrest: 3/31/2022 (mhe) (Entered: 04/04/2022) |
| 03/31/2022 | 7 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Charles Anthony Thomas, III (mhe) (Entered: 04/04/2022) |
| 03/31/2022 | 8 | MINUTES OF POST-INDICTMENT ARRAIGNMENT: held before Magistrate Judge Autumn D. Spaeth as to Defendant Charles Anthony Thomas III (1) Count 1-7,8,9-11, granting 7 REQUEST for Detention as to Charles Anthony Thomas III (1). Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order). Defendant arraigned, states true name: As charged. Defendant entered not guilty plea to all counts as charged. Attorney: Jonathan K. Ogata for Charles Anthony Thomas, III, Deputy Federal Public Defender, present. Case assigned to Judge James V Selna. Jury Trial set for 5/24/2022 08:30 AM before Judge James V. Selna. Status Conference set for 5/16/2022 09:00 AM before Judge James V. Selna. Court Smart: CS 3/31/22. (mhe) (Entered: 04/04/2022) |
| 03/31/2022 | 9 | FINANCIAL AFFIDAVIT filed as to Defendant Charles Anthony Thomas, III. (Not for Public View pursuant to the E-Government Act of 2002) (mhe) (Entered: 04/04/2022) |
| 03/31/2022 | 10 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Charles Anthony Thomas, III. (mhe) (Entered: 04/04/2022) |
| 03/31/2022 | 11 | ORDER OF DETENTION by Magistrate Judge Autumn D. Spaeth as to Defendant Charles Anthony Thomas, III, (mhe) (Entered: 04/04/2022) |
| 03/31/2022 | 12 | REDACTED AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $20,000 by surety: Silvici Loeza for Filed by Defendant Charles Anthony Thomas, III (mhe) (Entered: 04/04/2022) |
| 04/04/2022 | 13 | NOTICE OF CLERICAL ERROR, as to Defendant Charles Anthony Thomas, III: Document docketed on incorrect case number Re: Affidavit of Surety (No Justification) (CR-4) 12 (mhe) (Entered: 04/04/2022) |
| 04/08/2022 | 14 | NOTICE OF APPEARANCE OR REASSIGNMENT of Deputy Public Defender Andrea L. Jacobs on behalf of Defendant Charles Anthony Thomas, III. Filed by Defendant Charles Anthony Thomas, III. (Jacobs, Andrea) (Entered: 04/08/2022) |

| | | |
|---|---|---|
| 05/06/2022 | 15 | STIPULATION to Continue trial date from 05/24/2022 to 10/04/2022 filed by Plaintiff USA as to Defendant Charles Anthony Thomas, III (Attachments: # 1 Proposed Order) (Pell, Charles) (Entered: 05/06/2022) |
| 05/09/2022 | 16 | Notice of Appearance or Withdrawal of Counsel: for attorney Jonathan K. Ogata counsel for Defendant Charles Anthony Thomas, III. Jonathan K. Ogata is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Defendant Charles Anthony Thomas, III. (Ogata, Jonathan) (Entered: 05/09/2022) |
| 05/09/2022 | 17 | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT by Judge James V. Selna as to Defendant Charles Anthony Thomas, III. The Trial is CONTINUED to 10/4/2022 at 8:30 AM. The Status Conference is CONTINUED to 9/26/2022 at 9:00 AM. (es) (Entered: 05/09/2022) |
| 09/15/2022 | 18 | STIPULATION to Continue trial date from 10/04/2022 to 12/13/2022 filed by Plaintiff USA as to Defendant Charles Anthony Thomas, III (Attachments: # 1 Proposed Order) (Pell, Charles) (Entered: 09/15/2022) |
| 09/15/2022 | 19 | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT 18 by Judge James V. Selna as to Defendant Charles Anthony Thomas, III. FOR GOOD CAUSE SHOWN: The trial in this matter is continued from October 4, 2022, to December 13, 2022 at 8:30 a.m. The status conference hearing is continued to December 5, 2022 at 9:00 a.m. (es) (Entered: 09/16/2022) |
| 10/03/2022 | 20 | PLEA AGREEMENT filed by Plaintiff USA as to Defendant Charles Anthony Thomas, III (Pell, Charles) (Entered: 10/03/2022) |
| 10/04/2022 | 21 | [IN CHAMBERS] SCHEDULING NOTICE as to Defendant Charles Anthony Thomas, III: Change of Plea Hearing set for 12/5/2022 at 9:30 AM before Judge James V. Selna. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (lb) TEXT ONLY ENTRY (Entered: 10/04/2022) |
| 10/04/2022 | 22 | AMENDED SCHEDULING NOTICE as to Defendant Charles Anthony Thomas, III: Change of Plea Hearing set for 10/24/2022 at 9:30 AM before Judge James V. Selna. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (lb) TEXT ONLY ENTRY (Entered: 10/04/2022) |
| 10/04/2022 | 23 | NOTICE of Manual Filing of Under Seal Document filed by Plaintiff USA as to Defendant Charles Anthony Thomas, III (Pell, Charles) (Entered: 10/04/2022) |
| 10/04/2022 | 24 | SEALED GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF CHARLES E. PELL (lom) (Entered: 10/05/2022) |
| 10/05/2022 | 25 | SEALED ORDER (lom) (Entered: 10/05/2022) |
| 10/05/2022 | 26 | SEALED DOCUMENT SEALED DOCUMENT (lom) (Entered: 10/05/2022) |
| 10/24/2022 | 27 | MINUTES OF CHANGE OF PLEA Hearing held before Judge James V. Selna as to Defendant Charles Anthony Thomas, III. Defendant sworn. Court questions defendant regarding the plea. The Defendant Charles Anthony Thomas III (1) pleads GUILTY to Count 1 of the Indictment. The plea is accepted. The Court ORDERS the preparation of a Presentence Report. Sentencing set for 2/27/2023, 09:00 AM. The Court Further Orders the following sentencing briefing. SEE DOCUMENT FOR FURTHER INFORMATION. Court Reporter: Sharon Seffens. (es) (Entered: 10/24/2022) |

| | | |
|---|---|---|
| 02/07/2023 | 30 | NOTICE of Manual Filing of Ex Parte to Seal; [Proposed] Order to Seal; and Under Seal Document filed by Defendant Charles Anthony Thomas, III (Jacobs, Andrea) (Entered: 02/07/2023) |
| 02/07/2023 | 31 | SENTENCING MEMORANDUM filed by Plaintiff USA as to Defendant Charles Anthony Thomas, III (Pell, Charles) (Entered: 02/07/2023) |
| 02/08/2023 | 32 | NOTICE of Manual Filing of Under Seal Document, Government's Ex Parte Application For Order Sealing Documents; Declaration Of Charles E. Pell, Proposed Order filed by Plaintiff USA as to Defendant Charles Anthony Thomas, III (Pell, Charles) (Entered: 02/08/2023) |
| 02/09/2023 | 33 | SEALED - GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF CHARLES E. PELL (bm) (Entered: 02/09/2023) |
| 02/09/2023 | 34 | SEALED - ORDER (bm) (Entered: 02/09/2023) |
| 02/09/2023 | 35 | SEALED DOCUMENT - UNDER SEAL DOCUMENT (bm) (Entered: 02/09/2023) |
| 02/09/2023 | 36 | SEALED - EX PARTE APPLICATION TO FILE UNDER SEAL (bm) (Entered: 02/09/2023) |
| 02/09/2023 | 37 | SEALED - ORDER (bm) (Entered: 02/09/2023) |
| 02/09/2023 | 38 | SEALED DOCUMENT - FILED UNDER SEAL (Attachments: # 1 Exhibit A, # 2 Exhibit B)(bm) (Entered: 02/09/2023) |
| 02/27/2023 | 41 | JUDGMENT AND COMMITMENT by Judge James V. Selna as to Defendant Charles Anthony Thomas, III (1). Defendant, Charles Anthony Thomas III, is hereby committed on Count 1 of the 11-Count Indictment to the custody of the Bureau of Prisons for a term of 21 months. Supervised release for Three (3) years, pay special assessment of $100, all Fines waived, Restitution in the total amount of $4,318.00. On the Government's motion, the remaining Count(s) 2-7, 8, 9-11, are ordered DISMISSED. [SEE JUDGMENT AND COMMITMENT FOR ADDITIONAL INFORMATION] (es) (Entered: 02/28/2023) |
| 03/01/2023 | 43 | NOTICE OF CLERICAL ERROR, as to Defendant Charles Anthony Thomas, III: Due to clerical error Re: Minutes of Sentencing Hearing, 40 The Minute Order has been sealed re attachment. (es) (Entered: 03/01/2023) |
| 10/17/2025 | 52 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Charles Anthony Thomas, III; defendants Year of Birth: 1990; date of arrest: 10/17/2025 USMS# REG 93851-509 (mhe) (Entered: 11/07/2025) |
| 10/17/2025 | 53 | MINUTES OF INITIAL APPEARANCE Re: REVOCATION OF SUPERVISED RELEASE held before Magistrate Judge David T. Bristow as to Defendant Charles Anthony Thomas, III. Defendant arraigned and advised of the charges. Attorney: Jessaka Menzie, Deputy Federal Public Defender, present. Court orders defendant Permanently detained. Defendant remanded to the custody of the U.S. Marshal. counsel are directed to contact the clerk for District Judge James V Selna for the setting of further proceedings. The Court recommends the defendant be housed in Santa Ana to be closer to appointed counsel. Court Smart: CS RS 4. (mhe) (Entered: 11/07/2025) |
| 10/17/2025 | 54 | ORDER OF DETENTION by Magistrate Judge David T. Bristow as to Defendant Charles Anthony Thomas, III, (mhe) (Entered: 11/07/2025) |
| 10/17/2025 | 55 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Charles Anthony Thomas, III. (mhe) (Entered: 11/07/2025) |

| | | |
|---|---|---|
| 10/17/2025 | 56 | FINANCIAL AFFIDAVIT filed as to Defendant Charles Anthony Thomas, III. (Not for Public View pursuant to the E-Government Act of 2002) (mhe) (Entered: 11/07/2025) |
| 10/17/2025 | 57 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS filed by Defendant Charles Anthony Thomas, III (mhe) (Entered: 11/07/2025) |
| 10/17/2025 | 58 | WAIVER of Preliminary Examination or Hearing by Defendant Charles Anthony Thomas, III (mhe) (Entered: 11/07/2025) |
| 10/17/2025 | 59 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Charles Anthony Thomas, III (mhe) (Entered: 11/07/2025) |
| 10/17/2025 | 63 | ARREST WARRANT RETURNED Executed on 10/17/25 as to Defendant Charles Anthony Thomas, III. (mhe) (Entered: 12/16/2025) |
| 10/21/2025 | 50 | NOTICE OF APPEARANCE OR REASSIGNMENT of AUSA Melissa Sedrish Rabbani on behalf of Plaintiff USA. Filed by Plaintiff USA. (Rabbani, Melissa) (Entered: 10/21/2025) |
| 10/23/2025 | 51 | REQUEST FOR CALENDAR DATE filed as to Defendant Charles Anthony Thomas, III. Preliminary Revocation Hearing set for 11/10/2025 08:30 AM before Judge James V. Selna. (lom) (Entered: 10/23/2025) |
| 11/10/2025 | 60 | MINUTES OF Preliminary Revocation of Supervised Release - Sentencing (Non-Evidentiary - Held and Completed) Hearing held before Judge James V. Selna as to Defendant Charles Anthony Thomas, III: Court and counsel confer. The Court accepts the waiver and admissions as to allegations #1-8. The Court finds the defendant in violation of his supervised release Order of February 27, 2023 as presented in the Probation Officer's Petition. The Court proceeds with sentencing. See separate judgment for details. Defendant is advised of his appeal rights. Court Reporter: Sharon Seffens. See document for information. (es) (Entered: 11/10/2025) |
| 11/10/2025 | 61 | JUDGMENT REVOKING SUPERVISED RELEASE by Judge James V. Selna as to Charles Anthony Thomas, III; Re: Preliminary Revocation Hearing, 60 . NOW, THEREFORE, IT IS ADJUDGED, upon the findings of the Court, the Court ORDERS the defendant committed to the custody of the Bureau of Prisons for a period of Six (6) months with Twenty-four (24) months of supervised release to follow. Upon release from imprisonment, the defendant is reinstated on Supervised Release under the same terms and conditions as previously imposed. SEE JUDGMENT FOR ADDITIONAL INFORMATION. (es) (Entered: 11/10/2025) |
| 11/10/2025 | 62 | Notice of Appearance or Withdrawal of Counsel: for attorney Jessaka Menzie. Jessaka Menzie is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Defendant Charles Anthony Thomas, III. (Menzie, Jessaka) (Entered: 11/10/2025) |


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/23/2026 15:35:22 | | | |
| **PACER Login:** | LoriErrecart | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:21-cr-00211-JVS End date: 11/23/2026 |

| | | | |
|---|---|---|---|
| **Billable Pages:** | 7 | **Cost:** | 0.70 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**United States District Court**
**Central District of California**

| | |
|---|---|
| **UNITED STATES OF AMERICA vs.** | **Docket No.** SACR 21-00211-JVS |
| **Defendant** CHARLES ANTHONY THOMAS, III | **Social Security No.** 1 9 6 2 |
| akas: None | (Last 4 digits) |

| | **MONTH** | **DAY** | **YEAR** |
|---|---|---|---|
| In the presence of the attorney for the government, the defendant appeared in person on this date. | 02 | 27 | 2023 |

**COUNSEL** **Andrea Jacobs, DFPD**
(Name of Counsel)

**PLEA** ☒ **GUILTY,** and the court being satisfied that there is a factual basis for the plea. ☐ **NOLO CONTENDERE** ☐ **NOT GUILTY**

**FINDING** There being a finding/verdict of **GUILTY,** defendant has been convicted as charged of the offense(s) of:
Bank Fraud; Aiding and Abetting and Causing an Act to Be Done in violation of 18 U.S.C. § §1344(2), 2(a), 2(b), as charged in Count 1 of the 11-Count Indictment.

**JUDGMENT AND PROB/ COMM ORDER** The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: **21 months on Count 1 of the 11-Count Indictment.**

It is ordered that the defendant shall pay to the United States a special assessment of $100, which is due immediately. Any unpaid balance shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

It is ordered that the defendant shall pay restitution in the total amount of $4,318 pursuant to 18 U.S.C. § 3663A.

The amount of restitution ordered shall be paid as follows:

| Victim | Amount |
|---|---|
| T.M. | $3,957.30 |
| I.A. | $254.99 |
| D.G. | $106.00 |

The Court finds from a consideration of the record that the defendant's economic circumstances allow for restitution payments pursuant to the following schedule: Restitution shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program. If any amount of the restitution remains unpaid after release from custody, monthly payments of at least 10% of defendant's gross monthly income, but not less than $200, whichever is greater, shall be made during the period of supervised release. These payments shall begin 90 days after the

commencement of supervision.

If the defendant makes a partial payment, each payee shall receive approximately proportional payment unless another priority order or percentage payment is specified in the judgment.

The defendant shall comply with Second Amended General Order No. 20-04.

Pursuant to Guideline §5E1.2(a), all fines are waived as the Court finds that the defendant has established that he is unable to pay and is not likely to become able to pay any fine.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Charles Anthony Thomas III, is hereby committed on Count 1 of the 11-Count Indictment to the custody of the Bureau of Prisons for a term of 21 months.

This term shall run concurrently with the undischarged term of imprisonment imposed in Orange County Superior Court, Docket No. 20NF1290.
Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three (3) years under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and Second Amended General Order 20-04.

2. During the period of community supervision, the defendant shall pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment.

3. The defendant shall cooperate in the collection of a DNA sample from the defendant.

4. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from custody and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer.

5. The defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath or sweat patch testing, as directed by the Probation Officer. The defendant shall abstain from using alcohol and illicit drugs, and from abusing prescription medications during the period of supervision.

6. During the course of supervision, the Probation Officer, with the agreement of the defendant and defense counsel, may place the defendant in a residential drug treatment program approved by the U.S. Probation and Pretrial Services Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs. The defendant shall reside in the treatment program until discharged by the Program Director and Probation Officer.

7. As directed by the Probation Officer, the defendant shall pay all or part of the costs of the Court-ordered treatment to the aftercare contractors during the period of community supervision. The

defendant shall provide payment and proof of payment as directed by the Probation Officer. If the defendant has no ability to pay, no payment shall be required.

8. When not employed or excused by the Probation Officer for schooling, training, or other acceptable reasons, the defendant shall perform 20 hours of community service per week as directed by the Probation & Pretrial Services Office.

9. The defendant shall not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification in any name, other than the defendant's true legal name, nor shall the defendant use, any name other than the defendant's true legal name without the prior written approval of the Probation Officer.

10. The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritance, judgments and any other financial gains to the Court-ordered financial obligation.

11. The defendant shall submit the defendant's person, property, house, residence, vehicle, papers, computers, cell phones, other electronic communications or data storage devices or media, email accounts, social media accounts, cloud storage accounts, or other areas under the defendant's control, to a search conducted by a United States Probation Officer or law enforcement officer. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search pursuant to this condition will be conducted at a reasonable time and in a reasonable manner upon reasonable suspicion that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.

The Court authorizes the Probation & Pretrial Services Office to disclose the Presentence Report to the substance abuse treatment provider to facilitate the defendant's treatment for narcotic addiction or drug dependency. Further redisclosure of the Presentence Report by the treatment provider is prohibited without the consent of the sentencing judge.

The Court recommends that the defendant be housed as first priority at a facility that has RDAP and as second priority, a facility in Southern California.

Defendant advised of his appeal rights.

On the Government’s motion, the remaining counts are ordered DISMISSED.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

February 27, 2023
Date

James V Selna
U. S. District Judge James V Selna

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

February 27, 2023
Filed Date

By Deborah Lewman
Deputy Clerk

---

The defendant must comply with the standard conditions that have been adopted by this court (set forth below).

**STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE**

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant must not commit another federal, state, or local crime;
2. The defendant must report to the probation office in the federal judicial district of residence within 72 hours of imposition of a sentence of probation or release from imprisonment, unless otherwise directed by the probation officer;
3. The defendant must report to the probation office as instructed by the court or probation officer;
4. The defendant must not knowingly leave the judicial district without first receiving the permission of the court or probation officer;
5. The defendant must answer truthfully the inquiries of the probation officer, unless legitimately asserting his or her Fifth Amendment right against self-incrimination as to new criminal conduct;
6. The defendant must reside at a location approved by the probation officer and must notify the probation officer at least 10 days before any anticipated change or within 72 hours of an unanticipated change in residence or persons living in defendant's residence;
7. The defendant must permit the probation officer to contact him or her at any time at home or elsewhere and must permit confiscation of any contraband prohibited by law or the terms of supervision and observed in plain view by the probation officer;
8. The defendant must work at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons and must notify the probation officer at least ten days before any change in employment or within 72 hours of an unanticipated change;
9. The defendant must not knowingly associate with any persons engaged in criminal activity and must not knowingly associate with any person convicted of a felony unless granted permission to do so by the probation officer. This condition will not apply to intimate family members, unless the court has completed an individualized review and has determined that the restriction is necessary for protection of the community or rehabilitation;
10. The defendant must refrain from excessive use of alcohol and must not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
11. The defendant must notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
12. For felony cases, the defendant must not possess a firearm, ammunition, destructive device, or any other dangerous weapon;
13. The defendant must not act or enter into any agreement with a law enforcement agency to act as an informant or source without the permission of the court;
14. The defendant must follow the instructions of the probation officer to implement the orders of the court, afford adequate deterrence from criminal conduct, protect the public from further crimes of the defendant; and provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

☐ The defendant must also comply with the following special conditions (set forth below).

**STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS**

The defendant must pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment under 18 U.S.C. § 3612(f)(1). Payments may be subject to penalties for default and delinquency under 18 U.S.C. § 3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed before April 24, 1996. Assessments, restitution, fines, penalties, and costs must be paid by certified check or money order made payable to “Clerk, U.S. District Court.” Each certified check or money order must include the case name and number. Payments must be delivered to:

United States District Court, Central District of California
Attn: Fiscal Department
255 East Temple Street, Room 1178
Los Angeles, CA 90012

or such other address as the Court may in future direct.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant must pay the balance as directed by the United States Attorney’s Office. 18 U.S.C. § 3613.

The defendant must notify the United States Attorney within thirty (30) days of any change in the defendant’s mailing address or residence address until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. § 3612(b)(l)(F).

The defendant must notify the Court (through the Probation Office) and the United States Attorney of any material change in the defendant’s economic circumstances that might affect the defendant’s ability to pay a fine or restitution, as required by 18 U.S.C. § 3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution under 18 U.S.C. § 3664(k). See also 18 U.S.C. § 3572(d)(3) and for probation 18 U.S.C. § 3563(a)(7).

Payments will be applied in the following order:

1. Special assessments under 18 U.S.C. § 3013;
2. Restitution, in this sequence (under 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid):
   Non-federal victims (individual and corporate),
   Providers of compensation to non-federal victims,
   The United States as victim;
3. Fine;
4. Community restitution, under 18 U.S.C. § 3663(c); and
5. Other penalties and costs.

**CONDITIONS OF PROBATION AND SUPERVISED RELEASE PERTAINING TO FINANCIAL SANCTIONS**

As directed by the Probation Officer, the defendant must provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant must not apply for any loan or open any line of credit without prior approval of the Probation Officer.

When supervision begins, and at any time thereafter upon request of the Probation Officer, the defendant must produce to the Probation and Pretrial Services Office records of all bank or investments accounts to which the defendant has access, including any business or trust accounts. Thereafter, for the term of supervision, the defendant must notify and receive approval of the Probation Office in advance of opening a new account or modifying or closing an existing one, including adding or deleting signatories; changing the account number or name, address, or other identifying information affiliated with the account; or any other modification. If the Probation Office approves the new account, modification or closing, the defendant must give the Probation Officer all related account records within 10 days of opening, modifying or closing the account. The defendant must not direct or ask anyone else to open or maintain any account on the defendant’s behalf.

The defendant must not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

**RETURN**

I have executed the within Judgment and Commitment as follows:

Defendant delivered on ______________________ to ______________________

Defendant noted on appeal on ______________________

Defendant released on ______________________

Mandate issued on ______________________

Defendant's appeal determined on ______________________

Defendant delivered on ______________________ to ______________________

at ______________________

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By ______________________

Date

Deputy Marshal

**CERTIFICATE**

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By ______________________

Filed Date

Deputy Clerk

**FOR U.S. PROBATION OFFICE USE ONLY**

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) ______________________ ______________________

Defendant Date

______________________ ______________________

U. S. Probation Officer/Designated Witness Date

cc: USPPO
USM-SA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | CASE NO: 8:21-cr-00211-JVS |
| vs. | ) | JUDGMENT REVOKING SUPERVISED RELEASE |
| Charles Anthony Thomas, III, Defendant. | ) | |

WHEREAS, on November 10, 2025, came the attorney for the Government, Melissa Rabbani, and the defendant appeared in person with appointed counsel, Andrea Jacobs. US Probation Officer Wendy Wong also present. On November 10, 2025, the defendant admitted allegations # 1-8 as stated in the Petition on Supervised Release filed January 4, 2024 and February 28, 2024.

WHEREAS, the Court FINDS that the defendant has violated the conditions of the supervised release imposed on February 27, 2023, (See

Original Judgment and Commitment Order),

NOW, THEREFORE, IT IS ADJUDGED, upon the findings of the Court, the Court ORDERS the defendant committed to the custody of the Bureau of Prisons for a period of Six (6) months with Twenty-four (24) months of supervised release to follow.

Upon release from imprisonment, the defendant is reinstated on Supervised Release under the same terms and conditions as previously imposed.

The Court advises the defendant of his right to appeal.

IT IS ORDERED that the Clerk deliver a copy of this Judgment and Commitment Order to the U.S. Marshal and the U.S. Probation Office and this copy shall serve as the commitment of the defendant.

DATE: November 10, 2025

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

FILED: November 10, 2025

by: Priscilla Deason
Deputy Clerk

PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
10/1/26
CENTRAL DISTRICT OF CALIFORNIA
BY: eva DEPUTY

U.S.A. VS. Charles Anthony Thomas III Docket No.: 8:21-CR-00211-JVS-1

**Petition on Probation and Supervised Release (Bench Warrant)**

COMES NOW NATASHA ALEXANDER-MINGO , CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Charles Anthony Thomas, III who was placed on supervision by the Honorable JAMES V. SELNA sitting in the Court at Santa Ana, California, on the 10th day of November, 2025 who fixed the period of supervision at 24 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Charles Anthony Thomas III before the United States District Court at Santa Ana, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this 1st day of Oct., 2026 and ordered filed and made a part of the records in the above case.

James V. Selna

United States District Judge
HONORABLE JAMES V. SELNA

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on September 30, 2026

/S/ MARTIN BARAJAS
U. S. Probation & Pretrial Services Officer

Place: Santa Ana, California

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS**:

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court to refrain from any unlawful use of controlled substances, on June 29 and July 9, 2026, Charles Anthony Thomas III used Alcohol, as evidenced by the offender's written admission of use of that substance.

2. Having been ordered by the Court to submit to random drug testing as directed by the Probation Officer, Charles Anthony Thomas III failed to appear for testing on August 11, September 14, and September 17, 2026.

3. Having been ordered by the Court to pay restitution in the amount of $4318.00 at the rate of $200 per month beginning 90 after release, Charles Anthony Thomas III, although he had the ability to make the payments, failed to make a payment for the month of August 2026.

4. Having been ordered by the Court to report to the nearest Probation Office within 72 hours of any change in residence or employment, on or about September 15, 2026, Charles Anthony Thomas III changed his residence and failed to notify the Probation Officer. His whereabouts are unknown.

5. Having been ordered by the Court to follow the instructions of the Probation Officer, on or about September 15, 2026, Charles Anthony Thomas III failed to return to his approved residence.